FILED
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of            )
Substitution of Counsel,    )
                            )   ORDER
                            )   FOR SUBSTITUTION OF COUNSEL
ZANDRA L. LOPEZ.            )   AND NOTICE OF APPEARANCE
                            )
_____)

**IT IS HEREBY ORDERED** that Zandra L. Lopez, California Bar No. 216567, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 C Street, Suite 300, San Diego, California, 92101, phone 619/233-3169, fax 619/684-3522, email zll@zandralopezlaw.com, be substituted as appointed counsel and that Federal Defenders be relieved in the cases as listed in the attached, effective November 30, 2007.

**SO ORDERED.**

DATE: December 4, 2007

HONORABLE IRMA E. GONZALEZ
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO ZANDRA L. LOPEZ, CALIFORNIA BAR NO. 216567 AS APPOINTED COUNSEL OF RECORD EFFECTIVE NOVEMBER 30, 2007**

| CASE NAME | NUMBER | COURT DATE | JUDGE |
|---|---|---|---|
| United States v. Erick Manjarrez-Cervantes (On Appeal) | 03cr1913-BEN | 12/03/07-Stat Conf | BEN |
| United States v. Fredis Mejia-Lemus (On Appeal) | 06cr0511-MJL | Pending Appeal | MJL |
| United States v. Domingo Aguilar-Aguilar (Resentencing on Remand) | 04cr2955-GT | 12/03/07-Re-Sent Hrg. | GT |
| United States v. Robert Bradley Pastor | 09cr0987-NAJ | 2/11/08-Rev. Hrng. | NAJ |
| United States v. Engelberto Sanchez | 03cr1017-NAJ | 12/10/07-Rev. Hrng. | NAJ |
| United States v. Jose Antonio Carranza-Huesos | 07MJ2700 | 12/06/07-PE | JMA |
| United States v. Jose Iniguez-Delgado | 07MJ2753 | 12/11/07-PE | AJB |
| United States v. David Osvaldo Cruz-Zavala | 07MJ2762 | 12/11/07-PE | AJB |
| United States v. Jasmine Lau | 07MJ2750 | 12/6/07-PE | BLM |
| United States v. Ismael Antonia Zambrano-Reyes | 07MJ2721 | 12/11/07-PH | AJB |
| United States v. Maria Rico | 07MJ2731 | 12/6/07-PE | LSP |
| United States v. Victor Serrano | 07MJ2724 | 12/6/07-PE | JMA |
| United States v. Joel Lopez-Perez | 07MJ2713 | 12/6/07-PE | JMA |
| United States v. Pedro Resendiz-Avila | 07MJ2705 | 12/6/07-PE | JMA |
| United States v. Nicolas Cesareo | 07MJ2704 | 12/6/07-PE | JMA |
| United States v. Petronico Jimenez-Viera | 07MJ2596 | 12/4/07-PE | BLM |
| United States v. Ramon Pena-Martinez | 07CR3211-DMS | 12/4/07-PH | DMS |
| United States v. Garcia-Tun | 07MJ2664 | 12/13/07-PE | NLS |
| United States v. Valdovinos-Cardoza | 07MJ2702 | 12/6/07-PE | JMA |
| United States v. Chavez-Hernandez | 07MJ2678 | 12/4/07-PE | NLS |
| Untied States v. Jaime De La Cruz-Muro | 07MJ2676 | 12/4/07-PE | NLS |
| United States v. Karina Cota-Lobatos | 07MJ8899 | 12/4/07-PH | PCL |
| United States v. Noemi Vasquez | 07CR2672-TJW | 2/11/07-Sent. Hrng. | TJW |

1

| | | | | |
|---|---|---|---|---|
| 1 | United States v. Joseph Paul Bushey | 07MJ8904 | 11/28/07-PE | PCL |
| 2 | United States v. Juan Carlos Vasquez-Mendoza | 07MJ8927 | 11/29/07-PE | PCL |
| 3 | United States v. Richardo Flores | 07MJ2597 | 12/4/07-PE | BLM |
| 4 | United States v. Marcos Banderas-Rodriguez | 07CR3111-JAH | 12/6/07-Dispo. | DMS |
| 5 | United States v. Horacio B. Rosales-Zamora | 07CR3113-DMS | 12/6/07-Dispo. | DMS |
| 6 | United States v. Israel Amezquita-Luna | 07CR3032-WQH | 12/4/07-Dispo. | WQH |
| 7 | United States v. Joel Jimenez-Polanco | 07MJ2663 | 12/13/07-PH | NLS |
| 8 | United States v. Francisco Esparza-Gutierrez | 07MJ2660 | 12/13/07-PH | NLS |
| 9 | United States v. Jesus Garcia-Santiago | 07MJ8927 | 12/6/07-PE | CAB |

<u>U.S. DISTRICT COURT CASES ON APPEAL TO THE NINTH CIRCUIT
MOTIONS FOR SUBSTITUTION OF COUNSEL FILED FOR ZANDRA L. LOPEZ
EFFECTIVE NOVEMBER 30, 2007</u>

*RE-LIST*

| | | |
|---|---|---|
| United States v. Jason Wayne Cline<br>05cr0667-MLH | U.S.C.A. No. 05-50138 | Petition for Rehearing filed |
| United States v. Donald Wayne Collins<br>03cv2406-MJW | U.S.C.A. No. 07-56432 | Waiting on Govt.'s Response to Cert. Petition |
| United States v. Francisco Cano-Matus<br>06CR2002-BTM | U.S.C.A. No. 07-50218 | Reply due 12/09/07 |
| United States v. Francisco Cano-Matus<br>04CR1175-GT | U.S.C.A. No. 07-50255 | Waiting on Oral Argument |
| United States v. Ana Castaneda-Vasquez<br>07cr1626-JAH | U.S.C.A. No. 07-50502 | Waiting on briefing schedule |
| United States v. Raimundo Martinez-Orosco<br>03CR2601-JAH | pending | Notice of Appeal filed 10/17/07 with D.Ct. |
| United States v. Engelberto Santana<br>03CR1017-NAJ | U.S.C.A. No. 07-50190 | Waiting on Oral Argument |
| United States v. Fredis Mejia-Lemus<br>06CR0811-MJL | U.S.C.A. No. 07-71408 | Submitted |
| United States v. Ruben Meda-Rodriguez<br>04CR1993-LAB | U.S.C.A. No. 07-50141 | Waiting on Oral Argument |
| United States v. Erick Manjarrez-Cervantes | U.S.C.A. No. 07-71177 | Submitted |
| United States v. Hector Quinonez-Martinez<br>06CR1169-MJL | U.S.C.A. No. 07-50139 | Waiting on Oral Argument |

| Case | U.S.C.A. No. | Status |
|---|---|---|
| *United States v. Jose Angel Ramirez-Estrada* 06cr0121-DMS | U.S.C.A. No. 06-50473 | Waiting on Oral Argument |
| *United States v. Maria Carmen Garcia* 06CR716-JAH | U.S.C.A. No. 06-50630 | Opening Brief due 12/13/07 |
| *United States v. Alfredo Martinez* 05CR1602-LAB | U.S.C.A. No. 06-50307 | Cert. Petition filed |
| *United States v. Luis Diaz-Luevano* 04CR1371-LAB | U.S.C.A. No. 05-50129 | Cert. Petition due 12/28/07 |
| *United States v. Robert Bradley Pastor* 93CR0987-NAJ | U.S.C.A. No.s 06-50055/ 06-50230 | Waiting on Oral Argument |
| *United States v. Jose Angel Limon-Madero* 07CR0981-JTM | U.S.C.A. No. 07-50354 | Opening Brief due 12/07/07 |
| *United States v. Ismael Juan Ramirez-Guerrero* 07CR0524-JTM | U.S.C.A. No. 07-50410 | Opening Brief due 12/20/07 |

*End of District Court Cases on Appeal*